# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian D'Amico, | No. CV-23-00397-TUC-SHR (AMM) |
| Plaintiff, | **ORDER** |
| v. | |
| SafeRent Solutions LLC, | |
| Defendant. | |

Having reviewed the parties' Stipulation of Dismissal with Prejudice as to Defendant SafeRent Solutions, LLC (Doc. 25), and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 25) is **APPROVED**.

**IT IS FURTHER ORDERED** all claims asserted in this action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Clerk of the Court shall close this case.

Dated this 27th day of March, 2024.

*Honorable Scott H. Rash*
*United States District Judge*